JAMES R. PAGLIERO, ESQ., - #095898
PAGLIERO & ASSOCIATES
A Professional Corporation
5701 Marconi Avenue
Carmichael, CA 95608
Telephone: (916) 481-7100
Facsimile: (916) 481-7101
Email: jpagliero@paglierolaw.com

Attorneys for Defendant
STORAGE PRO OF STOCKTON, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE PRO OF STOCKTON, LLC, a California Limited Liability Company; and Does 1-10<br><br>Defendants. | CASE NO. 2:17-CV-01537-TLN-GGH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT STATUS REPORT**<br><br>Complaint Served: Aug. 8, 2017<br><br>Trial Date: None<br>District Judge: Hon. Troy L. Nunley |

1 **STIPULATION AND REQUEST TO EXTEND TIME TO**
2 **FILE JOINT STATUS REPORT**
3     Plaintiff Scott Johnson and Defendant Storage Pro of Stockton, LLC hereby
4 request the Court move the deadline for submission of the joint status report, which will
5 include the Rule 26(f) discovery plan, to October 31, 2017. The parties are attempting to
6 settle this matter prior to that date.
7     IT IS SO STIPULATED.
8                                               Respectfully Submitted,

10 Dated: September 29, 2017              PAGLIERO & ASSOCIATES, APC

12                                            By: /s/ James R. Pagliero
                                               James R. Pagliero
13                                                Attorneys for Defendant
                                               Storage Pro of Stockton, LLC
14

16
17 Dated: September 29, 2017              CENTER FOR DISABILITY ACCESS

19                                            By: /s/ Dennis Price
                                               Dennis Price
20                                                Attorneys for Plaintiff
                                               Scott Johnson

# ORDER

The above stipulation by the parties to extend the deadline for submission of the joint status report is approved. The joint status report, which will include the Rule 26(f) discovery plan, is now due on or before October 31, 2017.

IT IS SO ORDERED.

Dated: October 3, 2017

Troy L. Nunley
United States District Judge