JAMES R. PAGLIERO, ESQ., - #095898
PAGLIERO & ASSOCIATES
A Professional Corporation
5701 Marconi Avenue
Carmichael, CA 95608
Telephone: (916) 481-7100
Facsimile: (916) 481-7101
Email: jpagliero@paglierolaw.com

Attorneys for Defendant
STORAGE PRO OF STOCKTON, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>  v.<br><br>STORAGE PRO OF STOCKTON,<br>LLC, a California Limited Liability<br>Company; and Does 1-10<br><br>      Defendants**.** | CASE NO.  2:17-CV-01537-TLN-GGH<br><br>**STIPULATION AND REQUEST TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER TO INITIAL COMPLAINT AND ORDER**<br><br>Complaint Served:    Aug. 8, 2017<br>Current Response Date: Oct. 6, 2017<br>New Response Date:  Oct. 20, 2017<br><br>Trial Date:  None<br>District Judge:  Hon. Troy L. Nunley |

## STIPULATION AND REQUEST TO EXTEND TIME TO

## FILE AN ANSWER TO INITIAL COMPLAINT

Plaintiff Scott Johnson ("Plaintiff"), and Defendant Storage Pro of Stockton, LLC ("Defendant") jointly stipulate to extend the time for Defendant to file an answer to the initial complaint from October 6, 2017 to October 20, 2017.

Good cause supports the parties' stipulated request for a continuance. The parties anticipate that they may be able to work out terms of the settlement, and request additional time to finalize material terms of a settlement. Successfully resolving this matter at the pleading stage promotes judicial economy by allowing the Court to focus its scarce resources on other matters.

IT IS SO STIPULATED.


Respectfully Submitted,


Dated: October 5, 2017          PAGLIERO & ASSOCIATES, APC


By:   /s/ James R. Pagliero
       James R. Pagliero
       Attorneys for Defendant
       Storage Pro of Stockton, LLC


Dated: October 5, 2017          CENTER FOR DISABILITY ACCESS


By:  /s/ Phyl Grace
      Phyl Grace
      Attorneys for Plaintiff
      Scott Johnson

1

## <u>SIGNATURE ATTESTATION</u>

2

3
I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

4

5
Dated: October 5, 2017     PAGLIERO & ASSOCIATES, APC

6
           By:  /s/ James R. Pagliero

7
             James R. Pagliero
             Attorneys for Defendant

8
             Storage Pro of Stockton, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:17-CV-01537-TLN-GGH    STIPULATION AND ORDER EXTENDING TIME TO FILE AN ANSWER

# ORDER

Upon considering the parties' Stipulation and Request to Extend Time to file an answer to Initial Complaint:

IT IS HEREBY ORDERED THAT the deadline for defendant in this case shall be extended to October 20, 2017.

IT IS SO ORDERED.

October 5, 2017

_____

Troy L. Nunley
United States District Judge